UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-9598-MWF(AGRx)**                                    Dated: **September 30, 2021**

Title:        IV Solutions, Inc. -v- United HealthCare Services, Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

   Rita Sanchez                                    Not Reported
   Courtroom Deputies                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   Not Present                                      Not Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER**

   In light of the Notice of Settlement [180] filed September 29, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 29, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

   IT IS SO ORDERED.

Initials of Deputy Clerk  rs